**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Yellow Social Interactive Limited, | : |
| Plaintiff, | : |
| v. | : C.A. No. _____ |
| Christopher Ebersole, | : |
| Defendant. | : |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Yellow Social Interactive Limited (Gibraltar Company – Reg. No. 119215) is owned by Goldmist Enterprises Limited (Gibraltar Company – Reg. No. 122367) and Damian Sokol, an individual.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: March 28, 2023 | Respectfully submitted, |
| | DUANE MORRIS LLP |
| | /s/ Monté T. Squire |
| | Monté T. Squire (No. 4764) |
| | Tracey E. Timlin (No. 6469) |
| | 1201 N. Market Street, Suite 501 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 657-4900 |
| | MTSquire@duanemorris.com |
| | TTimlin@duanemorris.com |
| | – and – |
| | William M. Gantz |
| | (motion for admission *pro hac vice* forthcoming) |
| | 100 High Street, Suite 2400 |
| | Boston, MA 02110 |
| | Telephone: (857) 488-4200 |
| | BGantz@duanemorris.com |
| | – and – |
| | Walter A. Saurack |
| | (motion for admission *pro hac vice* forthcoming) |
| | 230 Park Avenue, Suite 1130 |
| | New York, NY 10169 |
| | Telephone: (212) 818-9200 |
| | WASaurack@duanemorris.com |
| | – and – |
| | Courtney L. Baird |
| | (motion for admission *pro hac vice* forthcoming) |
| | 750 B Street, Suite 2900 |
| | San Diego, CA 92101 |
| | Telephone: (619) 744-2200 |
| | CLBaird@duanemorris.com |
| | *Counsel for Plaintiff Yellow Social Interactive Limited* |